| From: | Battista, Fred (USAAZ) |
|---|---|
| To: | Patricia Gitre; Ashley Adams; Ivan Mathew; Woody Thompson |
| Cc: | Galati, Frank (USAAZ) |
| Subject: | RE: Pierce Et al Discovery Disclosure |
| Date: | Thursday, June 15, 2017 4:31:23 PM |
| Attachments: | Stipulation Re Confidential Information - Proposed Order - G.Pierce, et al.pdf |
| | Stipulation Re PII Protective Order - G.Pierce, et al.pdf |
| | Stipulation Re Confidential Information Protective Order - G.Pierce, et al.pdf |
| | Stipulation Re PII - Proposed Order - G.Pierce, et al.pdf |

Greetings Again,

Please review the proposed stipulations and orders and let us know your positions.

Thank you

**From:** Battista, Fred (USAAZ)
**Sent:** Thursday, June 15, 2017 11:37 AM
**To:** 'Patricia Gitre' <patgitre@patriciagitre.com>
**Cc:** Ashley Adams <aadams@azwhitecollarcrime.com>; Ivan Mathew <ikmathew@mathewlaw.com>; Woody Thompson <woody.thompson@gknet.com>; Galati, Frank (USAAZ) <FGalati@usa.doj.gov>
**Subject:** RE: Pierce Et al Discovery Disclosure

Greetings,

We plan on sending out a draft proposed protective order re PII in the discovery to the parties today. Once we all agree on a motion and the order is signed, we will have discovery to send out.

If we have not received a discovery request letter from any of the parties yet, please send it to us.

Finally, with respect to all counsel, please let us know how you wish your names/firms to be styled on the proposed joint motion.

Thank you.

**From:** Patricia Gitre [mailto:patgitre@patriciagitre.com]
**Sent:** Thursday, June 15, 2017 11:11 AM
**To:** Battista, Fred (USAAZ) <FBattista@usa.doj.gov>
**Cc:** Patricia Gitre <patgitre@patriciagitre.com>; Ashley Adams <aadams@azwhitecollarcrime.com>; Ivan Mathew <ikmathew@mathewlaw.com>; Woody Thompson <woody.thompson@gknet.com>
**Subject:** Pierce Et al Discovery Disclosure

Hi Fred

When can we expect the discovery disclosure?

 Please consider our environment - think before you print!

Pat Gitre

Patricia A. Gitre PLC

801 N. 1ST Avenue

Phoenix, Arizona  85003

Office: 623-500-2248

Cell:  602-320-0314

Fax: 1-602-296-0198 (must use 1 at the beginning)

gitrelaw.com
patgitre@patriciagitre.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | No. CR-16-0713-PHX-JJT (JZB) |
| vs. | |
| (1) Gary Leonard Pierce, | **PROTECTIVE ORDER<br>RE CONFIDENTIAL INFORMATION** |
| (2) George Harry Johnson, | |
| (3) James Franklin Norton, and | |
| (4) Sherry Ann Pierce, | |
| Defendants. | |

THIS MATTER COMING BEFORE THIS COURT on the stipulation of the parties for entry of a protective order concerning the disclosure of confidential materials exchanged between the parties, in light of the confidential and sensitive information which may be disclosed in accordance with Fed. R. Crim. Pro 16 and other discovery obligations of the parties as provided by law,

IT IS HEREBY ORDERED:

1. All Confidential Material exchanged between the parties will be handled in accordance with the terms of this Protective Order. The term "Confidential Material" shall be defined for purposes of this order as (a) the following material provided by the United States to the defendants: (i) FBI reports of interviews, (ii) Jencks Act witness statements,

1   (iii) any grand jury transcript; (iv) audio recordings of witness interviews, (v) transcripts
2   of recorded witness interviews; (vi) financial records of third parties; and (vii) tax records
3   of third parties, and (B) the following material provided by the defendants to the United
4   States: (i) reverse Jencks Act witness statements.

5       2. Confidential Material provided by the United States to the defendants shall be
6   reviewed only by defendants, their attorneys of record, employees of such attorneys to
7   whom it is necessary that the materials be shown for the purposes of preparation, trial, and
8   appeal of this matter, witnesses or potential witnesses and their counsel, and experts or
9   consultants assisting in the preparation, trial and appeal of this matter.  No additional copies
10  of such materials shall be made except as necessary for the preparation, trial and appeal of
11  this matter.  Such witnesses, counsel, experts or consultants to whom Confidential Material
12  is disclosed must be served with a copy of this Protective Order prior to disclosures of
13  Confidential Material to them.

14      3. The same conditions and restrictions apply to Confidential Material provided by
15  the defendants to the United States.  It is understood that among the persons to whom the
16  government will need to disclose certain Confidential Material are law enforcement agents
17  engaged in the preparation for any trial or hearings in this case.

18      4. Confidential Material disclosed by the parties shall be used solely for the
19  preparation, trial and direct appeal of this matter and for no other purpose whatsoever.  The
20  contents of the Confidential Material disclosed to the defendants or by the defendants shall
21  not be disclosed to any other individual or entity in any manner except to a photocopy
22  service as agreed by the parties or by further order of this Court.

23      5. Nothing in this Protective Order limits the defendants or the United States from
24  disclosing Confidential Material in this or related judicial proceedings, including motions,
25  hearings, trial, or appeal.

26      6. Within 60 days from the conclusion of these proceedings and any direct appeal
27  from these proceedings, the Confidential Material disclosed by the parties and any
28  duplicates made in the preparation, trial and direct appeal of this matter shall be returned

1  to the United States or to the defendant who disclosed the material, unless the Court gives
2  specific permission for an exception to this requirement..
3       IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h)
4  _____ will commence on _____ for a total of
5  _____days.

JOHN S. LEONARDO
United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Facsimile: (602) 514-7593

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-16-0713-PHX-JJT (JZB) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE PROTECTIVE ORDER RE CONFIDENTIAL INFORMATION** |
| (1)  Gary Leonard Pierce, | |
| (2)  George Harry Johnson, | |
| (3)  James Franklin Norton, and | |
| (4)  Sherry Ann Pierce, | |
| Defendants. | |

   The parties, through counsel undersigned, pursuant to Fed. R. Crim. P. 16(d), and in light of the sensitive and confidential material which may be disclosed in this case, stipulate to a Protective Order as to certain categories of discovery related to personally identifying information.  The proposed Protective Order is attached to this Stipulation.

   Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this stipulation or of an Order based on this stipulation.

   Respectfully submitted this ___ day of June, 2017.

| | |
|---|---|
| ELIZABETH A. STRANGE<br>Acting United States Attorney<br>District of Arizona | |
| s/Frederick A. Battista<br>FREDERICK A. BATTISTA<br>FRANK T. GALATI<br>Assistant U.S. Attorneys | s/Patricia A. Gitre with permission<br>PATRICIA A. GITRE<br>Counsel for Defendant Gary Leonard Pierce |
| s/                with permission<br>Counsel for George Harry Johnson | s/                with permission<br>Counsel for James Franklin Norton |
| s/Ashley D. Adams with permission<br>ASHLEY D. ADAMS<br>Counsel for Sherry Ann Pierce | |

**Certificate of Service**

I hereby certify that on June __, 2017, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patricia A. Gitre
Counsel for Defendant Gary Leonard Pierce

Counsel for Defendant George Harry Johnson

Counsel for Defendant James Franklin Norton

Ashley D. Adams
Counsel for Defendant Sherry Ann Leonard Pierce


s/Frederick A. Battista
FREDERICK A. BATTISTA
Assistant U.S. Attorney

- 2 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. CR-16-0713-PHX-JJT (JZB) |
| vs. | |
| (1)  Gary Leonard Pierce, | **PROTECTIVE ORDER**<br>**RE PERSONALLY IDENTIFYING**<br>**INFORMATION** |
| (2)  George Harry Johnson, | |
| (3)  James Franklin Norton, and | |
| (4)  Sherry Ann Pierce, | |
| Defendants. | |

THIS MATTER COMING BEFORE THIS COURT on the stipulation of the parties for entry of a protective order concerning the disclosure of personally identifying information through the discovery process, in light of the confidential and personal nature of the information which may be disclosed in accordance with Fed. R. Crim. Pro 16 and other discovery obligations of the parties as provided by law,

IT IS HEREBY ORDERED:

1. The United States may disclose to defense counsel, with little or no redaction, the private information and personally identifying information (collectively "PII") of individuals to the extent that PII is present in discoverable materials. PII includes names, addresses, telephone numbers, dates of birth, state driver's license and identification

**EXH 2-008**

numbers, social security numbers, and financial information including account numbers.

2. The defense team shall safeguard and shall not disclose the PII provided to it, other than to the extent necessary to prepare the defense.

3. Defendants shall not be allowed to retain any PII of persons other than for themselves or a current spouse during the course of the litigation (although defendants are entitled to review the materials with their counsel or other members of their counsel's defense team).

4. The parties shall ensure that PII is redacted from any documents filed with the court (unless filed under seal) and from any exhibits offered at any hearing or trial.

5. The defense team shall destroy, at the conclusion of this matter, all PII in its possession.

IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h) _____ will commence on _____ for a total of _____days.

JOHN S. LEONARDO
United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Facsimile: (602) 514-7593

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-16-0713-PHX-JJT (JZB) |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE PROTECTIVE ORDER RE PERSONALLY IDENTIFYING INFORMATION** |
| (1) Gary Leonard Pierce, | |
| (2) George Harry Johnson, | |
| (3) James Franklin Norton, and | |
| (4) Sherry Ann Pierce, | |
| Defendants. | |

The parties, through counsel undersigned, pursuant to Fed. R. Crim. P. 16(d), and in light of the sensitive and personal information which may be disclosed in this case, stipulate to a Protective Order as to certain categories of discovery related to personally identifying information.  The proposed Protective Order is attached to this Stipulation.

Excludable delay under 18 U.S.C. § 3161(h) may occur as a result of this stipulation or of an Order based on this stipulation.

Respectfully submitted this ___ day of June, 2017.

**EXH 2-010**

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


s/Frederick A. Battista                                    s/Patricia A. Gitre with permission
FREDERICK A. BATTISTA                          PATRICIA A. GITRE
FRANK T. GALATI                                       Counsel for Defendant Gary Leonard Pierce
Assistant U.S. Attorneys


s/                           with permission              s/                       with permission

Counsel for George Harry Johnson              Counsel for James Franklin Norton


s/Ashley D. Adams with permission
ASHLEY D. ADAMS
Counsel for Sherry Ann Pierce


### Certificate of Service

I hereby certify that on June __, 2017, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patricia A. Gitre
Counsel for Defendant Gary Leonard Pierce

Counsel for Defendant George Harry Johnson

Counsel for Defendant James Franklin Norton

Ashley D. Adams
Counsel for Defendant Sherry Ann Leonard Pierce


s/Frederick A. Battista
FREDERICK A. BATTISTA
Assistant U.S. Attorney