Woody Thompson (AZ Bar No. 021356)
Jay S. Volquardsen (AZ Bar No. 020950)
Hannah H. Porter (AZ Bar No. 029842)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Phone: (602) 510-9999
Fax: (866) 689-0683
Email: woody.thompson@gknet.com
jay.volquardsen@gknet.com
hannah.porter@gknet.com
*Attorneys for Defendant George Harry Johnson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | Case No. 2:17-CR-00713-JJT |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE MOTION HEARING** |
| James Franklin Norton, *et al.*, | |
| | **(First Request)** |
| Defendants. | (Assigned to the Hon. John J. Tuchi) |

The United States of America and the Defendants, Gary Leonard Pierce, George Harry Johnson, James Franklin Norton, and Sherry Ann Pierce, through their respective counsel, respectfully request that the Court continue the Motion Hearing currently scheduled for July 27, 2017 at 2:30PM and reset this matter for July 31, 2017 for the following reason. Undersigned counsel has arrangements to pick up his minor children in another state that day and will not be returning to Arizona until July 30, 2017.

Undersigned counsel has conferred with all other parties, including the government, and all parties have confirmed that they have no objection to continuing the matter and have indicated that they would be available for a hearing set on July 31, 2017.

It is anticipated that excludable delay as a result of 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this Motion.

DATED this 19th day of July, 2017

**GALLAGHER & KENNEDY, P.A.**

By:*/s/ Woody Thompson*
Woody Thompson
Jay S. Volquardsen
Hannah H. Porter
Attorneys for *Defendant George Harry Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2017, a copy of the foregoing document was filed electronically via the Court's CM/ECF system.  Pursuant to Local Rule 5.5(h), notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

Frederick A. Battista
Frank T. Galati
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Patricia Gitre
Patricia A. Gitre, PLC
801 N. 1st Avenue
Phoenix, AZ 85003
*Attorneys for Defendant Gary L. Pierce*

Ashley Adams
Ashley D. Adams, PLC
8245 N. 85th Way
Scottsdale, AZ 85258
*Attorneys for Defendant Sherry A. Pierce*

Ivan K. Matthew
Susan Turner Matthew
Matthew & Associates
6245 N. 24th Parkway, Suite 207
Phoenix, AZ 85016
*Attorneys for Defendant James Franklin Norton*

/s/ Andrea L. Parker