ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004
Telephone: 602-514-7500
*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-00713-PHX-JJT (JZB) |
| Plaintiff, | **MOTION TO CONTINUE MOTION HEARING** |
| v. | |
| Gary Leonard Pierce, et al., | |
| Defendants. | |

On November 8, 2017, Johnson Utilities, LLC, filed a motion to quash a trial subpoena that had been served upon the Arizona Corporation Commission. [Doc. 68]. On November 9, 2017, the Court set a hearing on that motion for Friday, November 17, 2017 at 9 am. [Doc. 69].[1] The United States respectfully moves that the Court reschedule the hearing for a date that is later than November 17, 2017 and convenient to the Court.

---

[1] The Court's order of November 9, 2017 also set Wednesday, November 15, 2017 as the deadline for the United States' response to the motion. The United States expects to be able to file a response by the deadline set by the Court/

We do so because Friday, November 17, 2017 is the day on which the United States Attorney's Office is moving, a move that has been in process for the last few months. Other than those persons essential to the physical move itself, USAO personnel—including attorneys--have been advised that they are not to be at the office on Friday, November 17, a day on which there will be no access to offices or files, and a day on which there will be no telephone or computer availability.

Counsel for each of the four defendants has no objection to this motion.[2]  Mr. Beams, counsel for the movant Johnson Utilities, LLC, also has no objection to this motion.

No excludable delay under 18 U.S.C. § 3161(h) is expected to occur as a result of this motion and an order based thereon.

Respectfully submitted this 9th day of November, 2017.

        ELIZABETH A. STRANGE
        Acting United States Attorney
        District of Arizona

        s/ *Frank T. Galati*
        FREDERICK A. BATTISTA
        FRANK T. GALATI
        Assistant United States Attorneys

---

[2] Ms. Gitre states that she is not available during the week of Thanksgiving.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia Ann Gitre, Esq.
Patricia Ann Gitre, PLC
801 N. 1st Ave.
Phoenix, AZ 85003
Tel: (623) 500-2248
Email: patgitre@patriciagitre.com
*Attorney for defendant Gary Leonard Pierce*

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
GALLAGHER & KENNEDY PA
2575 E. Camelback Rd., Ste. 1100
Phoenix, AZ 85016−9225
Tel: (602) 530-8175
Email: hannah.porter@gknet.com
*Attorneys for defendant George Harry Johnson*

Ivan Kurian Mathew, Esq.
MATHEW & ASSOCIATES
6245 N. 24th Pkwy., Ste. 207
Phoenix, AZ 85016
Tel: (602) 254-8088
Email: ikmathew@mathewlaw.com
*Attorney for defendant James Franklin Norton*

Ashley D. Adams, Esq.
ASHLEY D ADAMS PLC
4301 N 75th St., Ste. 105
Scottsdale, AZ 85251
Tel: (480) 219−1366
Email: aadams@azwhitecollarcrime.com
*Attorney for defendant Sherry Ann Pierce*

Daniel E. Fredenberg, Esq.
Christian C. M. Beams, Esq.
FREDENBERG BEAMS
4747 N. 7th Street, Suite 402
Phoenix, AZ 85014
Tel: (602)595-9299
Email: dfredenberg@fblegalgroup.com
*Attorneys for Johnson Utilities, L.L.C.*

*Lauren M. Routen*
U.S. Attorney's Office