ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Assistant U.S. Attorney
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Gary Leonard Pierce, et al.,<br><br>Defendants. | No. CR-17-00713-PHX-JJT<br><br>**NOTICE OF RESOLUTION OF MOTION TO QUASH SUBPOENA**<br>**[Doc. 68]** |

On or about September 14, 2017, the United States caused a trial subpoena to be served upon Andy Kvesic, General Counsel to the Arizona Corporation Commission (hereinafter "ACC"). The subpoena commanded Kvesic to appear at trial of this matter on January 3, 2018 and to bring with him certain documents. Movant Johnson Utilities, LLC ("Johnson Utilities") has filed a motion to quash that subpoena, claiming that the subpoenaed documents are irrelevant and confidential.

Undersigned counsel consulted in recent days and narrowed the categories of disputed documents to two, a partial transcript of a September 24, 2009 evidentiary hearing held in ACC docket number WS-02987A-08-0180, and documents that Johnson Utilities produced to ACC staff in response to ACC staff's Fifteenth Set of Data Requests, dated

1  November 8, 2016.

2  The undersigned have agreed that the ACC will produce the entire September 24, 2009
3  transcript, including those pages that were previously withheld, and the ACC will not
4  produce those documents that it obtained in response to ACC staff's Fifteenth Set of Data
5  Requests, dated November 8, 2016. General Counsel Kvesic of the ACC has been notified
6  of our agreement.

7  Because Movant's motion is now moot, the undersigned respectfully request that the
8  motion hearing presently set for December 8, 2017 at 3 p.m. be vacated.

9  Respectfully submitted this 15th day of November, 2017.

| FREDENBERG BEAMS | ELIZABETH A. STRANGE |
| --- | --- |
|  | Acting United States Attorney |
|  | District of Arizona |
| *s/ Christian C.M. Beams* | *s/ Frank T. Galati* |
| CHRISTIAN C.M. BEAMS | FREDERICK A. BATTISTA |
| Attorney for Johnson Utilities, L.L.C. | FRANK T. GALATI |
|  | Assistant United States Attorneys |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Patricia Ann Gitre, Esq.
Patricia Ann Gitre, PLC
801 N. 1st Ave.
Phoenix, AZ 85003
Tel: (623) 500-2248
Email: patgitre@patriciagitre.com
Attorney for defendant Gary Leonard Pierce

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
GALLAGHER & KENNEDY PA
2575 E. Camelback Rd., Ste. 1100
Phoenix, AZ 85016−9225
Tel: (602) 530-8175
Email: hannah.porter@gknet.com
Attorneys for defendant George Harry Johnson

Ivan Kurian Mathew, Esq.
MATHEW & ASSOCIATES
6245 N. 24th Pkwy., Ste. 207
Phoenix, AZ 85016
Tel: (602) 254-8088
Email: ikmathew@mathewlaw.com
Attorney for defendant James Franklin Norton

Ashley D. Adams, Esq.
ASHLEY D ADAMS PLC
4301 N 75th St., Ste. 105
Scottsdale, AZ 85251
Tel: (480) 219−1366
Email: aadams@azwhitecollarcrime.com
Attorney for defendant Sherry Ann Pierce

Christian C. M. Beams, Esq.
FREDENBERG BEAMS
4747 N. 7th Street, Suite 402
Phoenix, AZ 85014
Tel: (602)595-9299
Email: dfredenberg@fblegalgroup.com
Attorneys for Johnson Utilities, L.L.C.

*s/ Lauren M. Routen*
United States Attorney's Office