ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

FREDERICK A. BATTISTA
Assistant U.S. Attorney
Maryland State Bar Member
Email: Fred.Battista@usdoj.gov
FRANK T. GALATI
Arizona State Bar No. 003404
Email: Frank.Galati@usdoj.gov
Two Renaissance Square
40 North Central Avenue Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Gary Leonard Pierce, et al.,<br><br>　　　　　　Defendants. | Case No. CR-17-0713-PHX-JJT<br><br>**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER** |

In advance of the status conference set for December 18, 2017 (*see* doc. 74), the parties have agreed to a proposed schedule for discovery, motions, and trial in this matter. The parties respectfully request the Court enter the proposed scheduling order submitted with this motion.

**Status of Case and Reasons for Entry of Proposed Scheduling Order**

1. Previously the court ordered the government to "make available to Defendants all discovery in this matter" by August 2, 2017 (See DKT. 54). That Order is in effect and shall continue to be in effect.

2. Due to the size and ongoing nature of the subject case and other unrelated investigation(s), the government has made eight separate disclosures, the last being November 30, 2017.

3. To date, the government has produced over 11,000 pages of documents, which does not include recordings, or other electronic discovery.

4. Substantial discovery provided to the government by two third parties is in the process of being disclosed to the defendants.

5. The government has also agreed to produce documents in a letter dated November 22, 2017.

6. The parties stipulate to the Court entry of the proposed pretrial order submitted with this joint motion.

The deadlines in this order are intended to be a final disclosure date, with the exception of trial preparation materials of witnesses already disclosed by the government.  Should the government discover additional evidence, Defendants have a right to object to the admissibility of such evidence on the basis that it was not disclosed timely in the form of a Motion in *Limine*. The parties have entered into this Stipulation so as to avoid additional disclosures of any preexisting material in any parties' possession just prior to trial, which could detract from trial preparation.  The parties further understand that the parties' investigations and duties to disclose are ongoing and additional new matters will disclosed in a timely manner if they arise in this case.

It is anticipated that excludable delay will result as a result of this motion for the purposes of computing time pursuant to Speedy Trial Act 18 U.S.C. § 3161 (h)(7)(B)(ii).

Respectfully submitted this 1st day of December, 2017.

                                        ELIZABETH A. STRANGE
                                        First Assistant United States Attorney
                                        District of Arizona

                                        s/ *Frederick A. Battista*
                                        FREDERICK A. BATTISTA
                                        FRANK T. GALATI
                                        Assistant U.S. Attorneys

*(e-signatures continued on following page)*

MATHEW & ASSOCIATES

By: /s/ Ivan K. Mathew *(w/permission)*
IVAN K. MATHEW
Attorneys for *Defendant James Norton*

PATRICIA A. GITRE, P.L.C.

By: /s/ Patricia A. Gitre *(w/permission)*
PATRICIA A. GITRE
Attorneys for *Defendant Gary L. Pierce*

GALLAGHER & KENNEDY, P.A.

By: /s/ Woody Thompson *(w/permission)*
WOODY THOMPSON
JAY S. VOLQUARDSEN
HANNAH H. PORTER
Attorneys for *Defendant George H. Johnson*

ASHLEY D. ADAMS, P.L.C.

By: /s/ Ashley D. Adams *(w/permission)*
ASHLEY D. ADAMS
Attorneys for *Defendant Sherry A. Pierce*

## Certificate of Service

I hereby certify that on December 1, 2017, I caused the attached document to be electronically transmitted to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patricia Ann Gitre, Esq.
Attorney for defendant Gary Leonard Pierce

Hannah Hatch Porter, Esq.
Jay Steven Volquardsen, Esq.
Woodrow Charles Thompson, Esq.
Attorneys for defendant George Harry Johnson

Ivan Kurian Mathew, Esq.
Attorney for defendant James Franklin Norton

Ashley Adams Harbort, Esq.
Attorney for defendant Sherry Ann Pierce

*s/ Gaynell Smith*
U.S. Attorney's Office